# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH COWENS, | : Case No. 3:16-cv-00227 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on November 20, 2019 (Doc. #18) is ADOPTED in full;

2. The Motion for Allowance of Attorney Fees filed by Plaintiff's counsel (Doc. #16) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $15,050.00;

3. Plaintiff's counsel shall refund directly to Plaintiff the amount— $3,780.00—of attorney fees previously awarded counsel under the Equal Access to Justice Act; and,

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

12-12-19

Walter H. Rice
United States District Judge